(67 Hun, 650.)

BENNETT, Appellant, v. BELL et al., Respondents.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Clark S. Bennett against Edmund R. Bell and others, executors of Calvin H. Bell, deceased.

No opinion. Order affirmed, without costs. Held that, as the order does not appear to have prejudiced the appellant, it is not necessary to pass upon the question as to the power of the court to amend the verdict.

---

(67 Hun, 650.)

BENNETT, Respondent, v. BELL et al., Appellants.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Clark S. Bennett against Edmund R. Bell and others, executors of Calvin H. Bell, deceased.

No opinion. Judgment and order affirmed, with costs.

---

(67 Hun, 651.)

BOUTON, Respondent, v. SMITH, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by James H. Bouton against Thomas S. Smith.

No opinion. Order affirmed, with $10 costs and disbursements. See 19 N. Y. Supp. 1007.

---

(67 Hun, 651.)

CAMPBELL, Respondent, v. HANNON, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by George Campbell against Patrick Hannon.

No opinion. Judgment affirmed, with costs. Leave to appeal to the court of appeals granted, on the ground that the case involves a question of law which ought to be reviewed by that court.

---

(67 Hun, 651.)

COE, Appellant, v. ROME, W. & O. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Frances J. Coe, administratrix, against the Rome, Watertown & Ogdensburg Railroad Company.

No opinion. Judgment reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that the evidence presented questions of fact which should have been submitted to the jury.

---

(67 Hun, 650.)

CONNOR, Appellant, v. DELAWARE, L. & W. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Elizabeth Connor against the Delaware, Lackawanna & Western Railroad Company.

No opinion. Motion denied, with costs.